# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

United States of America

v.

CRAIG JOE HUNT

)
)
)
)
)
)
)

Date of Original Judgment: _____12/03/2009_____
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No:  08-03078-02-CR-W-RED

USM No:  20801-045

STEVE MOSS, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___100 mos., each count *___ months **is reduced to** ___Cts 1,2,3 & 5: 70 months**___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

*concurrent.

**each count, concurrent.

Except as otherwise provided, all provisions of the judgment dated ___12/03/2009___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  ___11/18/2011___          _____s/ NANETTE LAUGHRE_____
                                                        *Judge's signature*

Effective Date: _____          ___NANETTE LAUGHREY, United States District Judge___
*(if different from order date)*                        *Printed name and title*